STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, California 95113
Telephone: (408) 291-7573
Email: robert_carlin@fd.org

Attorneys for Defendant
JUAN GARZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 13-00471-LHK |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO RELIEVE COUNSEL |
| JUAN GARZA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Office of the Federal Public Defender is relieved as counsel of record and a member of the indigent defense panel shall be appointed to represent JUAN GARZA for all further proceedings.

DATED: November _20_, 2013      By_____*Lucy H. Koh*_____
HON. LUCY H. KOH
United States District Judge